U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 26 2012

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MONIQUE JOY ROBERTS | CIVIL ACTION NO. 12-cv-1255 |
| VERSUS | JUDGE FOOTE |
| DEWAYNE CARTER, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the complaint in this action is **dismissed with prejudice** as frivolous under 28 U.S.C. § 1915(e).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 26th day of November, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE